### THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ALBERTO DIAZ, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. SA-05-CA 0209XR** |
| | § | **JURY DEMAND** |
| **RIO GRANDE RESOURCES** | § | |
| **CORPORATION, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

### FIVE PLAINTIFFS/FAMILIES' AND ALL DEFENDANTS'
### STIPULATION OF DISMISSAL WITH PREJUDICE AND MOTION TO DISMISS

Come now, Plaintiffs (1) Alberto Diaz, (2) Hermina Gonzales, Erik Gonzales, Liz Lillian Gonzales Pampa, Earl Gonzales, Fred Gonzales III, and Susan Yahnathan, Gonzales individually and for the Estate of Fred Gonzales, Dec'd, (3) Blas Longoria individually and for the Estate of Ester Longoria, Dec'd, (4) Felipe Cruz, and (5) Ramon Guana, Sr. (collectively "Five Plaintiffs/Families/Families") and all Defendants (collectively "All Defendants"), appearing by their counsel identified below, and jointly file this Stipulation of Dismissal with Prejudice.

**1. Stipulation of Dismissal and Motion to Dismiss.** All of Five Plaintiffs/Families' claims made by this lawsuit were settled, as previously announced to the Court, and all settlement payments have now been made, such that all settlements are now complete. Accordingly, Five Plaintiffs/Families and All Defendants hereby stipulate to dismissal of the Five Plaintiffs/Families' claims in this lawsuit with prejudice against any further or related claims by plaintiffs against any of the defendants. The Five Plaintiffs/Families and all Defendants now move for an order dismissing all

of the Five Plaintiffs/Families' claims and causes of action against defendants with prejudice.

**2. Remaining Claim Left Behind.**  Subject to Defendants' pending Motion to Enforce, only the claims of Grace Jasso (now proceeding pro se) who is suing individually as Representative of the Estate of Roel Jasso, Deceased, and as Next Friend of Castabella M. Jasso, a Minor, may remain unsettled and unresolved in this lawsuit.

**3. Agreed Order.**  A proposed Agreed Order of Dismissal is attached hereto as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, the Five Plaintiffs/Families and All Defendants pray that the Court enter the attached Agreed Order of Dismissal and dismiss this lawsuit as it relates to the Five Plaintiffs/Families.

Respectfully submitted,

By:_____attached_____

HARRY C. ARTHUR
SBN: 01364000
1305 Prairie, Suite 200
Houston, Texas  77002
(713) 224-7996 (Phone)
(713) 237-9217 (Fax)

ATTORNEY FOR PLAINTIFFS,  Alberto Diaz, Hermina Gonzales, Erik Gonzales, Liz Lillian Gonzales Pampa, Earl Gonzales, Fred Gonzales III, and Susan Yahnathan, Gonzales individually and for the Estate of Fred Gonzales, Dec'd, Blas Longoria individually and for the Estate of  Ester Longoria, Dec'd, Felipe Cruz, and Ramon Guana, Sr.

of the Five Plaintiffs/Families' claims and causes of action against defendants with prejudice.

**2. Remaining Claim Left Behind.** Subject to Defendants' pending Motion to Enforce, only the claims of Grace Jasso (now proceeding pro se) who is suing individually as Representative of the Estate of Roel Jasso, Deceased, and as Next Friend of Castabella M. Jasso, a Minor, may remain unsettled and unresolved in this lawsuit.

**3. Agreed Order.** A proposed Agreed Order of Dismissal is attached hereto as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, the Five Plaintiffs/Families and All Defendants pray that the Court enter the attached Agreed Order of Dismissal and dismiss this lawsuit as it relates to the Five Plaintiffs/Families.

Respectfully submitted,

By: _Harry C. Arthur_
HARRY C. ARTHUR
SBN: 01364000
1305 Prairie, Suite 200
Houston, Texas 77002
(713) 224-7996 (Phone)
(713) 237-9217 (Fax)

ATTORNEY FOR PLAINTIFFS, Alberto Diaz, Hermina Gonzales, Erik Gonzales, Liz Lillian Gonzales Pampa, Earl Gonzales, Fred Gonzales III, and Susan Yahnathan, Gonzales individually and for the Estate of Fred Gonzales, Dec'd, Blas Longoria individually and for the Estate of Ester Longoria, Dec'd, Felipe Cruz, and Ramon Guana, Sr.

- 2 -

By: _____

JOHN R. BREIHAN
SBN: 02947675
McGINNIS, LOCHRIDGE & KILGORE,
L.L.P.
919 Congress Avenue, Suite 1300
Austin, TX 78701
(512) 495-6093 (Phone)
(512) 495-6093 (Fax)

ATTORNEYS FOR RIO GRANDE
RESOURCES CORPORATION, CHEVRON
U.S.A. INC., UNITED STATES STEEL
CORPORATION, EXXON MOBIL
CORPORATION, AND CONOCOPHILLIPS
COMPANY,

By: _____

H. RONALD WELSH
SBN: 21167600
CUNNINGHAM, WELSH, DARLOW,
ZOOK &    CHAPOTON, LLP
JPMorgan Chase Tower
600 Travis, Suite 1700
Houston, Texas  77002
(713) 255-5500 (Phone)
(713) 255-5555 (Fax)

ATTORNEYS FOR BAYER
CROPSCIENCE, INC. and RHODIA
ELECTRONICS AND CATALYSIS

By: _____

LAURA B. HERRING
SBN 03561400
BRACEWELL & GIULIANI, L.L.P.
711 Louisiana, Suite 2900
Houston, Texas 77002-2781
(713) 223-2300 (Phone)
(713) 221-1212 (Fax)

ATTORNEYS FOR COGEMA MINING, INC.

- 3 -

By: _____
GORDON D. LAWS
SBN: 12057650
GARY, THOMASSON, HALL &
MARKS P.C.
P.O. Box 2888
Corpus Christi, Texas 78403-2888
(361) 884-1961 (Phone)
(361) 889-5100 (Fax)

ATTORNEYS FOR EVEREST MINERALS
CORPORATION and EVEREST
EXPLORATION, INC.


By: _____
BRIAN D. METCALF
SBN: 13974900
RAY, McCHRISTIAN & JEANS
The Nowlin Building
9311 San Pedro, Suite 700
San Antonio, Texas  78216
(210) 341-3554 (Phone)
(210) 341-3557 (Fax)

ATTORNEYS FOR CBS CORPORATION
f/k/a VIACOM INC., f/k/a WESTINGHOUSE
ELECTRIC CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record pursuant to Fed. R. Civ. P. 5(b) on the 12th day of October, 2006.

Harry C. Arthur
1305 Prairie, Suite 200
Houston, Texas 77002

Grace M. Jasso
P.O. Box 397
Waelder, TX 78959

Gordon D. Laws
GARY, THOMASSON, HALL & MARKS P.C.
P.O. Box 2888
Corpus Christi, Texas 78403-2888

Laura B. Herring
BRACEWELL & GIULIANI, L.L.P.
711 Louisiana, Suite 2900
Houston, Texas 77002-2781

H. Ronald Welsh
CUNNINGHAM, WELSH, DARLOW, ZOOK & CHAPOTON, LLP
JPMorgan Chase Tower
600 Travis, Suite 1700
Houston, Texas 77002

Brian D. Metcalf
RAY, VALDEZ, McCHRISTIAN & JEANS
9311 San Pedro, Suite 700
San Antonio, Texas 78216

Tracy Conwell
The O'Quinn Law Firm
2300 Lyric Building
440 Louisiana
Houston, Texas 77002

John R. Breihan

- 5 -