# EXHIBIT A

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ALBERTO DIAZ, et al., §
§
Plaintiffs, §
§
v. §
§    CIVIL ACTION NO. SA-05-CA 0209XR
§        JURY DEMAND
§
RIO GRANDE RESOURCES §
CORPORATION, et al., §
§
Defendants. §

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Five Plaintiffs/Families' and all Defendants' Stipulation of Dismissal With Prejudice and Motion To Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The Court acknowledges the Stipulations of Dismissal with Prejudice and hereby grants the Motion to Dismiss.

It is Ordered that all the claims and causes of action made by Plaintiffs (1) Alberto Diaz, (2) Hermina Gonzales, Erik Gonzales, Liz Lillian Gonzales Pampa, Earl Gonzales, Fred Gonzales III, and Susan Yahnathan, Gonzales individually and for the Estate of Fred Gonzales, Dec'd, (3) Blas Longoria individually and for the Estate of Ester Longoria, Dec'd, (4) Felipe Cruz, and (5) Ramon Guana, Sr. against all Defendants by this lawsuit are dismissed with prejudice. These plaintiffs and all defendants shall bear their own costs of court and other fees incurred by them during the course of this lawsuit.

This is a FINAL JUDGMENT as to the above listed plaintiffs.

SIGNED this ____ day of _____, 2006.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE