THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ALBERTO DIAZ, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. SA-05-CA 0209XR** |
| | § | **JURY DEMAND** |
| | § | |
| **RIO GRANDE RESOURCES** | § | |
| **CORPORATION, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFFS' AND DEFENDANTS' STIPULATION OF DISMISSAL WITH PREJUDICE AND MOTION TO DISMISS

Plaintiffs, Grace Jasso, individually and as Representative of the Estate of Roel Jasso, Deceased, and as Next Friend of Castabella M. Jasso, a Minor, ("Plaintiffs") and Defendants, Rio Grande Resources Corporation, Chevron U.S.A. Inc., United States Steel Corporation, Exxon Mobil Corporation, ConocoPhillips Company, Bayer Cropscience, Inc., Rhodia Electronics and Catalysis, Cogema Mining, Inc., Everest Minerals Corporation, Everest Exploration, Inc., Honeywell International Inc., f/k/a AlliedSignal, Inc., and CBS Corporation f/k/a Viacom, Inc. f/k/a Westinghouse Electric Corporation ("Defendants"), appearing by their counsel identified below, jointly file this Stipulation of Dismissal with Prejudice. All of Plaintiffs' claims made by this lawsuit were settled, as previously announced to the Court such that all settlements are now complete. Accordingly, Plaintiffs and Defendants hereby stipulate to dismissal of this lawsuit with prejudice against any further or related claims by Plaintiffs against any of the Defendants. Plaintiffs and Defendants now move for an order dismissing all of Plaintiffs' claims and causes of action against Defendants with prejudice.

An Agreed Order of Dismissal is submitted simultaneously for entry by the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants pray that the Court enter the attached Agreed Order of Dismissal.

Respectfully submitted,

By: _____
M. MICHAEL MEYER
SBN: 13993850
TRACEY CONWELL
SBN: 04718300
THE O'QUINN LAW FIRM
2300 The Lyric Centre
440 Louisiana
Houston, Texas 77002
(713) 223-1000 (Telephone)
(713) 222-6903 (Fax)

ATTORNEY FOR PLAINTIFFS

By: _____
JOHN R. BREIHAN
SBN: 02947675
CARL R. GALANT
SBN: 24050633
McGINNIS, LOCHRIDGE &
KILGORE, L.L.P.
600 Congress Avenue, Suite 2100
Austin, TX 78701
(512) 495-6000 (Telephone)
(512) 495-6093 (Fax)

ATTORNEYS FOR RIO GRANDE
RESOURCES CORPORATION, CHEVRON
U.S.A. INC., UNITED STATES STEEL
CORPORATION, EXXON MOBIL
CORPORATION, AND CONOCOPHILLIPS
COMPANY.

- 2 -

By: H. RONALD WELSH

H. RONALD WELSH
SBN: 21167600
Welsh & Chapoton, LLP
8 Greenway Plaza, Suite 1120
Houston, Texas 77046
(713) 554-7770 (Telephone)
(713) 554-7771 (Fax)

ATTORNEYS FOR BAYER CROPSCIENCE,
INC. and RHODIA ELECTRONICS AND
CATALYSIS

By: LAURA B. HERRING

LAURA B. HERRING
SBN 03561400
BRACEWELL & GIULIANI, L.L.P.
711 Louisiana, Suite 2900
Houston, Texas 77002-2781
(713) 223-2300 (Telephone)
(713) 221-1212 (Fax)

ATTORNEYS FOR COGEMA MINING, INC.

By: GORDON D. LAWS

GORDON D. LAWS
SBN: 12057650
GARY, THOMASSON,
HALL & MARKS P.C.
P.O. Box 2888
Corpus Christi, Texas 78403-2888
(361) 884-1961 (Telephone)
(361) 889-5100 (Fax)

ATTORNEYS FOR EVEREST MINERALS
CORPORATION and EVEREST
EXPLORATION, INC.

By: _____

BRIAN D. METCALF
SBN: 13974900
RAY, VALDEZ, McCHRISTIAN &
JEANS, P.C.
Sterling Bank Building North
615 NW Loop 410 Suite 200
San Antonio, TX  78216
(210) 341-3554 (Telephone)
(210) 341-3557 (Fax)

ATTORNEYS FOR CBS CORPORATION
f/k/a VIACOM INC., f/k/a WESTINGHOUSE
ELECTRIC CORPORATION

By: _____

LESLIE A. BENITEZ
State Bar No. 02134300
Kenneth J. Ferguson
State Bar No. 06918100
Jeffrey R. Lilly
State Bar No. 00787905
CLARK, THOMAS & WINTERS
A Professional Corporation
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Fax)
And
Laurence S. Kurth
State Bar No. 11768450
McCombs Plaza, Suite 165
755 East Mulberry
San Antonio, Texas 78212
(210) 582-0220 (Telephone)
(210) 582-0231 (Fax)

ATTORNEYS FOR DEFENDANT
HONEYWELL INTERNATIONAL
INC. F/K/A ALLIED SIGNAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record pursuant to Fed. R. Civ. P. 5(b) on the _12th_ day of _October_, 2007.

Tracey Conwell
615 E. 8th
Houston, Texas 77007

Michael Meyer
The O'Quinn Law Firm
2300 Lyric Centre Building
440 Louisiana
Houston, Texas 77002

Gordon D. Laws
GARY, THOMASSON, HALL & MARKS P.C.
P.O. Box 2888
Corpus Christi, Texas 78403-2888

Laura B. Herring
BRACEWELL & GIULIANI, L.L.P.
711 Louisiana, Suite 2900
Houston, Texas 77002-2781

H. Ronald Welsh
Welsh & Chapoton, LLP
8 Greenway Plaza, Suite 1120
Houston, Texas 77046

Brian D. Metcalf
RAY, VALDEZ, McCHRISTIAN & JEANS, P.C.
Sterling Bank Building North
615 NW Loop 410 Suite 200
San Antonio, TX  78216

Leslie A. Benitez
Kenneth J. Ferguson
Jeffrey R. Lilly
CLARK, THOMAS & WINTERS
A Professional Corporation
P.O. Box 1148
Austin, Texas 78767

John R. Breihan

- 5 -