FILED

OCT 1 8 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERTO DIAZ, ET AL., | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. SA-05-CA 0209XR** |
| | § | **JURY DEMAND** |
| RIO GRANDE RESOURCES | § | |
| CORPORATION, et al., | § | |
| | § | |
| **Defendants.** | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

*(docket #82)*

Before the Court is a Stipulation of Dismissal With Prejudice and Motion To Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(ii) filed by Plaintiffs Grace Jasso, individually and as Representative of the Estate of Roel Jasso, Deceased, and as Next Friend of Castabella M. Jasso, a Minor, and Defendants, Rio Grande Resources Corporation, Chevron U.S.A. Inc., United States Steel Corporation, Exxon Mobil Corporation, ConocoPhillips Company, Bayer Cropscience, Inc., Rhodia Electronics and Catalysis, Cogema Mining, Inc., Everest Minerals Corporation, Everest Exploration, Inc., Honeywell International Inc., f/k/a AlliedSignal, Inc., and CBS Corporation f/k/a Viacom, Inc. f/k/a Westinghouse Electric Corporation. The Court acknowledges the Stipulation of Dismissal with Prejudice and hereby grants the Motion to Dismiss, which resolves all remaining claims stated in this lawsuit.

It is **ORDERED, ADJUDGED AND DECREED** that all the claims and causes of action made by all Plaintiffs against all Defendants by this lawsuit are dismissed with

prejudice. All Parties shall bear their own costs of court and other fees incurred by them during the course of this lawsuit.

This is a FINAL JUDGMENT.


SIGNED this 18th day of Oct.ser _____, 2007.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE